UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIA CARREON,

        Plaintiff,

   v.

CITIGROUP INC., and CITIGROUP
GLOBAL MARKETS, INC.,

        Defendants.

No. 26 CV 660 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The parties are informed that the firm in which my husband used to be a partner, Cahill Gordon & Reindel LLC, represents Citibank and related entities and, while he was a partner, he worked on some of those matters.  He is no longer a partner at the firm, although he remains affiliated with it.

**SO ORDERED.**

Dated:    January 29, 2026
        New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1