# Morgan Lewis

**Sam S. Shaulson**
212.309.6718
sam.shaulson@morganlewis.com

August 11, 2026

**VIA ECF**

Hon. Loretta A. Preska
U.S. District Court for the Southern District of New York
500 Pearl Street, Room 2220
New York, NY 10007

**Re:**   *Julia Carreon v. Citigroup Inc. and Citigroup Global Markets Inc.*
         **Case No. 26-cv-00660**

Your Honor:

We write on behalf of Defendants Citigroup Inc. and Citigroup Global Markets Inc. (together, "Citi"), and with the consent of Plaintiff Julia Carreon ("Plaintiff"). On May 11, 2026, the Court stayed this Action pending a decision on Citi's petition to compel Plaintiff's claims to arbitration in the Western District of Texas. Dkt. No. 19. The Court directed the parties to provide a status update upon the earlier of three months from the date of the Order or the "resolution of the transfer and arbitration motions in the Texas Action." *Id.*

The Western District of Texas has not yet ruled on either Citi's Motion to Compel Arbitration or Plaintiff's Motion to Transfer the Motion to Compel Arbitration to this Court. The Western District of Texas is working with the parties to schedule oral argument on the Motion to Transfer in October. The parties will promptly notify the Court once the Western District of Texas issues a decision.

Respectfully submitted,

*/s/ Sam S. Shaulson*
Sam S. Shaulson

CC: All counsel of record via ECF

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060          **T** +1.212.309.6000
United States                     **F** +1.212.309.6001