UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Julia Carreon,<br><br>Plaintiff,<br><br>-against-<br><br>Citigroup Inc., et al.,<br><br>Defendants. | 26-CV-660 (LAP)<br><br>ORDER |
| Citigroup Global Markets, Inc. & Citigroup Inc.,<br><br>Petitioners,<br><br>-against-<br><br>Julia Carreon,<br><br>Respondent. | 26-CV-9036 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of the parties' October 30, 2026 joint letter (No. 26-CV-660, Dkt. 25) identifying a dispute as to whether these actions should proceed pending Citi's appeal of the October 14, 2026 transfer order issued by a Magistrate Judge in the Western District of Texas (the "Transfer Order").

The Court agrees with Citi that it is appropriate to stay all proceedings in this District while Citi appeals the Transfer Order in Texas. The Magistrate Judge provided Citi with no meaningful opportunity to seek review of the Transfer Order before an Article III judge, let alone the Court of Appeals for the Fifth Circuit. See In re Chamber of Com. of United States of Am., 105 F.4th 297,

302 n.17 (5th Cir. 2024) ("When there is no stay, we must act on an expedited timeline that can produce needless inter-circuit complications. We again exhort our district court colleagues throughout the circuit to stay venue-transfer orders for a brief time to avoid the frenzy of unnecessarily rushed mandamus proceedings.")

Accordingly, the Court will maintain the existing stay over these proceedings while Citi's appeals are pending. In return, the Court trusts that Citi will pursue its appeals in an expeditious manner. If Citi fails to do so or otherwise causes unnecessary delays, the Court will entertain a request from Ms. Carreon to lift the stay.

The parties shall provide a joint status update upon the earlier of (i) the conclusion of Citi's appeals or (ii) sixty days from the date of this Order.

**SO ORDERED.**

Dated: New York, New York
November 10, 2026

LORETTA A. PRESKA
United States District Judge